**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00219-CV

**ATHAS HEALTH, LLC D/B/A NORTH AMERICAN SPINE, Appellant**

**V.**

**MELODY TREVITHICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAUL TREVITHICK, DECEASED AND DAMON TREVITHICK AND SEDRIC TREVITHICK, INDIVIDUALLY, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06184**

## ORDER

We **REINSTATE** this appeal which we abated pending resolution in the trial court of a motion to compel arbitration. Our records reflect the clerk's record has been filed but the reporter's record has not. Accordingly, we **ORDER** Antoinette Reagor, Official Court Reporter of the 68th Judicial District Court, to file the record no later than June 17, 2016.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/     CRAIG STODDART
        JUSTICE